NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

EDDIE SEAGO,                                  )
                                             )
            Appellant,                        )
                                             )
v.                                            )        Case No. 2D18-2955
                                             )
STATE OF FLORIDA,                             )
                                             )
            Appellee.                         )
_____)

Opinion filed February 6, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Frank Quesada,
Judge.


PER CURIAM.


            Affirmed.  See Seago v. State, 236 So. 3d 379 (Fla. 2d DCA 2017) (table

decision); Harris v. State, 777 So. 2d 994 (Fla. 2d DCA 2000).


CASANUEVA, LUCAS, and BADALAMENTI, JJ., Concur.